FILED

2008 Jul-31  PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH WAYNE WHITSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **5:08-cv-1234-UWC** |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### MEMORANDUM OPINION

On July 11, 2008, Plaintiff Kenneth Wayne Whitson, who is proceeding *pro se*, filed the present action in which he identified the defendant as "The State of Alabama."  In his complaint, Mr. Whitson asserts that his civil and due process rights, under the United States Constitution, were violated when he was arrested on July 12, 2007 in Lawrence County, Alabama as a result of an allegedly "wrongful conviction" that occurred on September 29, 2003.  He also asserts that, after the September 2003 conviction,  his attorney refused to file an appeal on his behalf.

Presumably, Mr. Whitson currently attempts to assert claims under 42 U.S.C. § 1983.

Mr. Whitson's instant law suit is an effort to collaterally attack his earlier conviction. Consistent with United States Supreme Court precedent, collateral attacks of this sort are impermissible.  *See Allen v. McCurry*, 449 U.S. 90 (2005) (disallowing Section 1983 claim brought in an effort to collaterally attack a prior state court conviction).

Accordingly, by separate order, Whitson's claims will be dismissed without prejudice.

Done this 31st day of July, 2008.

_____
U.W. Clemon
United States District Judge